## In re GUS KEY.

No. A-5501.   Opinion Filed April 14, 1925.
(234 Pac. 1118.)

Petition of Gus Key for writ of habeas corpus. Cause dismissed.

Sigler & Jackson, for petitioner.

PER CURIAM. The petition filed in this court on March 25, 1925, alleges the unlawful restraint of petitioner by the sheriff of Carter county, on a commitment issued after a preliminary examination to answer to the district court of Carter county upon a charge of automobile theft,

and alleging the evidence is insufficient to show probable cause that petitioner was guilty of the crime charged. On the same day counsel for petitioner filed motion to dismiss the cause. It was so ordered.